**No. 10-9175. Rocky Brummett, Petitioner v. United States.**

563 U.S. 912, 131 S. Ct. 1803, 179 L. Ed. 2d 668, 2011 U.S. LEXIS 2479.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 402 Fed. Appx. 126.